ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 MAR 26  PM 4: 38

DEPUTY CLERK_____

UNITED STATES OF AMERICA

v.

VANCE CHRISTOPHER OWENS (01)

No.  4:14-CR-59-Y

## INDICTMENT

The Grand Jury Charges:

### Count One
### Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct
(Violation of 18 U.S.C. § § 2252(a)(2) and 2252(b)(1))

On or about November 15, 2012, in the Fort Worth Division of the Northern District of Texas, defendant **Vance Christopher Owens** knowingly distributed by any means, including by computer, any visual depiction using any means and facility of interstate and foreign commerce, knowing the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.   Specifically, **Owens** used the Internet to distribute of the following visual depictions of minors engaged in sexually explicit conduct:

| File name | Description of the image |
|---|---|
| Y-Pedo Boy – Illegal – Gay – Nude Preteens and Young Teen2.jpg | A still image depicting a nude minor male with an erect penis lying on a bed |
| SHX GAY BOYS PEDO YOUNG PRETEENS JUST TEEN KIDS 087.jpg | A still image depicting three nude boys on a bed; one of the boys is performing oral sexual intercourse on one of the other boys |

In violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1).

## Forfeiture Notice
### (18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C.

§ 2253(a), defendant **Vance Christopher Owens** shall forfeit to the United States of

America (a) any visual depiction described in 18 U.S.C. § 2252 and any book, magazine,

periodical, film, videotape, or other matter which contains any such visual depiction,

which was produced, transported, mailed, shipped, or received in the offense; (b) any

property, real or personal, constituting or traceable to gross profits or other proceeds

obtained from the offense; and (c) any property, real or personal, used or intended to be

used to commit or to promote the commission of the respective offense and any property

traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to,

the following:

[Rest of page intentionally left blank]

Indictment - Page 2

1.      One black Asus notebook computer, Serial Number AAN0AS60935843E,

seized pursuant to **Owens's** consent on February 1, 2013, by FBI agents in Weatherford,

Texas.


A TRUE BILL

_Angela Bland_
FOREPERSON


SARAH R. SALDAÑA
UNITED STATES ATTORNEY


_Aisha Saleem_
AISHA SALEEM
Assistant United States Attorney
State Bar of Texas No. 00786218
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail:  Aisha.Saleem@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

VANCE CHRISTOPHER OWENS (01)

## INDICTMENT

18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)

Distribution of a Visual Depiction of a Minor
Engaging in Sexually Explicit Conduct

(1 COUNT)

18 U.S.C. § 2253

Forfeiture

A true bill rendered:

-------------------------------------------------------------------------

DALLAS                          _Angela Beard_                 FOREPERSON

Filed in open court this 25th day of March, A.D. 2014.

-------------------------------------------------------------------------

Warrant to Issue

-------------------------------------------------------------------------

                          _Geno Camille Bramin_   3/26/14
UNITED STATES MAGISTRATE JUDGE