IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:14-CR-059-Y |
| | ECF |
| VANCE CHRISTOPHER OWENS (01) | |

## EXPERT DESIGNATION

THE UNITED STATES OF AMERICA files this designation of expert witnesses pursuant to the Court's scheduling order and would show the Court the following:

1. **Marya Wilkerson**
   Special Agent, FBI
   Dallas, Texas

   This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and other seized items.  This witness also has specialized knowledge regarding computer investigations to include internet child exploitation offenses.

2. **Jeff Rich**
   Task Force Officer, FBI
   Dallas, Texas

   This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and

software, and other seized items.  This witness also has specialized knowledge regarding computer investigations to include internet child exploitation offenses.

3. **Jesse Basham**
   Certified Forensic Examiner
   North Texas Regional Computer Forensic Lab
   Dallas, Texas

This witness can provide expert testimony regarding the forensic examination of the defendant's computer and any other storage media, the methods used to examine the computer, the analysis, and the evidence obtained from the computer, hardware and software, and any other seized items.

>Respectfully submitted,
>
>SARAH R. SALDAÑA
>UNITED STATES ATTORNEY
>
>/s/ Aisha Saleem
>AISHA SALEEM
>Assistant United States Attorney
>Texas State Bar No. 00786218
>801 Cherry Street, Suite 1700
>Fort Worth, Texas 76102
>Telephone: 817-252-5200
>Facsimile:  817-252-5455
>Email: aisha.saleem@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of May, 2014, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who has consented in writing to accept this Notice as service of this document by electronic means: Peter Fleury.

>/s/ Aisha Saleem
>AISHA SALEEM
>Assistant United States Attorney